1 Howard Strong, Esq. [S.B. # 069641]
2 Law Offices of Howard Strong
  stronglaw@gmail.com
3 P.O. Box 570092
4 Tarzana, CA 91357-4031
  (818) 343-4434, Fax (818) 343-7910
5

6 In propria persona

7

8
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
9

10

| | |
|---|---|
| LAURA HOFFMAN, an individual, on behalf of herself and all others similarly situated, | Case No. SACV-06-571-AJG(MLGx) |
| | **CLASS ACTION** |
| vs. | **NOTICE OF JOINDER IN OBJECTIONS BY C. PRADA TO FINAL APPROVAL OF PROPOSED CLASS SETTLEMENT** |
| CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 10, inclusive, | |
| Defendants. | Date: December 13, 2010 |
| | Time: 10:00 a.m. |
| | Ctrm: 10D |
| | Assigned to the Honorable Andrew J. Guilford, Courtroom 10D |
| | Action Filed: May 5, 2006 |
| | Trial Date: Not set |

1  Howard Strong hereby joins in the objections filed on November 8, 2010
2  in this matter by class member C. Prada.
3  Strong is a class member having received truncated notice of membership
4  with one or more of his credit card statements from Defendant Citibank (South
5  Dakota), N.A.

6  DATED: November 8, 2010
7
8  Respectfully submitted,

9                              by    */s/ Howard Strong*
10                                   Howard Strong, in propria persona

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

I, the undersigned, am employed at the Law Offices of Howard Strong, Postal Box 570092, Tarzana, CA 91357-0092 in the County of Los Angeles.
On the date below, I served the foregoing document(s) described as:

# NOTICE OF JOINDER IN OBJECTIONS BY C. PRADA TO FINAL APPROVAL OF PROPOSED CLASS SETTLEMENT

__ by placing true copies thereof enclosed in a sealed envelope or envelopes addressed as stated on the attached mailing list:

_X_ by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|
| Barry L. Kramer<br>Law Offices of Barry L. Kramer<br>12428 Promontory Road<br>Los Angeles, California 90049 | Julia B. Strickland<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East, 16th Floor<br>Los Angeles, CA 90067 |

BY PERSONAL SERVICE: __ I delivered such envelope or envelopes by hand:

BY MAIL: _X__ I deposited such envelope or envelopes in the United States mail at Los Angeles, California. The envelope or envelopes were mailed with first class postage thereon fully prepaid.

BY EXPRESS MAIL: __ I deposited such envelope or envelopes in the United States mail at Los Angeles, California. The envelope or envelopes were mailed with Express Mail postage thereon fully prepaid and in an envelope provided by the United States Post Office for Express Mail service.

BY FAX __ I faxed a copy of aforesaid document to Fax # at approximately on the date below.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Date: November 8, 2010

H. Strong: */s/ Howard Strong*