1  Darrell Palmer (SBN 125147)
   Email: darrell.palmer@palmerlegalteam.com
2  Janine R. Menhennet (SBN 163501)
   Law Offices of Darrell Palmer
3  603 North Highway 101, Ste A
   Solana Beach, California 92075
4  Telephone: (858) 792-5600
   Facsimile: (858) 792-5655
5

6  Attorney for Objectors Joseph Balla and Andrew J. Cesare

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

10

11  LAURA HOFFMAN, an individual, on           )   Case No. 06-cv-571 AJG (MLGx)
    behalf of herself and all others similarly )
12  situated,                                  )
                                               )   NOTICE OF APPEARANCE OF
13                                             )   DARRELL PALMER
                                               )
14              Plaintiff,                     )
                                               )
15  v.                                         )
                                               )
16                                             )   Date:  December 13, 2010
                                               )   Time:  10:00 a.m.
17  CITIBANK (SOUTH DAKOTA), N.A.,             )   Place: Courtroom 10D
    and DOES 1 through 10, inclusive,          )   Judge: Hon. Andrew J. Guilford
18                                             )
                                               )
19              Defendant.                     )
                                               )
20  ─────────────────────────────────────────

21       **PLEASE TAKE NOTICE** that Darrell Palmer, a member of the Bar of this Court,

22  hereby appears as Counsel for Objectors Joseph Balla and Andrew J. Cesare, and

23

24  requests that all future papers or pleadings be served upon him at the address listed

25  above.

26

27  ///

28

                                      1

1   Attorney Darrell Palmer also gives notice of his intent to appear at the December

2   13, 2010, settlement hearing on behalf of Objectors Balla and Cesare.

3

4

5

6   Dated:  November 8, 2010          By: _____

7                                          Darrell Palmer

8

9   Attorney for Objectors Joseph Balla and
    Andrew J. Cesare

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06-cv-571-AJG (MLGx)
NOTICE OF APPEARANCE OF DARRELL PALMER

1 **Hoffman v. Citibank (South Dakota)**
**Case No. 06-cv-571-AJG (MLGx)**

2 **DECLARATION OF SERVICE**
3 **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

4 I, Maria V. Carapia, declare as follows:

5 I am employed with the Law Offices of Darrell Palmer whose address is 603
N. Hwy 101, Suite A, Solana Beach, California 92075. I am readily familiar with
the business practices of this office for collection and processing of
6 correspondence for mailing with the United States Postal Service; I am over the
age of eighteen (18) and I am not a party to this action.
7

8 On November 8, 2010, I caused to be served the following:

9 **NOTICE OF APPEARANCE OF DARRELL PALMER**

10 on the interested parties:

11 **SEE ATTACHED SERVICE LIST**

12 ___ by placing a copy in an envelope addressed to the addressee as
indicated above and personally serving on this day.
13

14 ___ by sending a .pdf document via electronic mail to the email addresses
listed for each addressee listed.

15 ___ by sending a copy via overnight mail. Airbill No.

16 _X_ by placing a copy in an envelope, with postage fully prepaid, for the
addressee named above for collection and mailing on the above
17 indicated day following the ordinary business practices of our offices

18 _X_ by sending a copy via facsimile transmission to the facsimile
number(s) indicated above. The facsimile machine I used complied
19 with California Rules of Court, Rule 2003, and no error was reported
by machine.
20

21 I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct. Executed on November 8, 1010, at Solana
Beach, California.
22

23

24

_____
Maria V. Carapia
25

26

27

28

**DECLARATION OF SERVICE**

1          <u>**SERVICE LIST**</u>

2

3      Barry L. Kramer                              Class Counsel
       Law Offices of Barry L. Kramer

4      12428 Promontory Road
       Los Angeles, CA 90049

5      Phone: (310) 440-9761
       Fax: (310) 440-9761

6      Email: kramerlaw@aol.com

7      Julia B. Strickland                          Counsel for CitiBank
       Stroock & Stroock & Lavan, LLP

8      2029 Century Park East, 16th Floor
       Los Angeles, CA 90067

9      Phone: (310) 556-5800
       Fax: (310) 556-5959

10     Email: jstrickland@stroock.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28