Barry L. Kramer, Bar No. 61772
kramerlaw@aol.com
Law Offices of Barry L. Kramer
12428 Promontory Road
Los Angeles, California 90049
Telephone: (310) 440-9761

Attorneys for Plaintiff Laura Hoffman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- SOUTHERN DIVISION

| | |
|---|---|
| LAURA HOFFMAN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. SACV-06-571-AJG(MLGx)<br><br>**CLASS ACTION**<br><br>**ORDER AWARDING ATTORNEYS' FEES AND COSTS AND PLAINTIFF'S INCENTIVE AWARD** |

THIS MATTER came before the Court for consideration of Class Counsel Barry L. Kramer's application for an award of attorneys' fees and costs and for an incentive award to the Representative Plaintiff Laura Hoffman. The Court has considered all papers filed and proceedings in this matter and held a hearing on December 13, 2010, at which time the parties and all other interested persons were afforded the opportunity to be heard in support of and in opposition to the requested awards. Based on the papers filed with the Court and presentations made to the Court at the hearing, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. In accordance with paragraph 6 of Section III.F of the Settlement Agreement, Class Counsel Barry L. Kramer is hereby awarded attorney's fees, costs and expenses totaling $ 2,500,000.00.

2. In accordance with paragraph 7 of Section III.F of the Settlement Agreement, the Representative Plaintiff Laura Hoffman is hereby awarded an incentive payment of $ 5,000.00 for her services in this case.

**IT IS SO ORDERED.**

Dated: December 17, 2010 _____

The Honorable Andrew J. Guilford

United States District Judge